IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| STEPHEN C. SIEBER, ET AL. | * | |
| | * | |
| | * | |
| v. | * | Civil No. – JFM-11-2656 |
| | * | |
| WENDELIN I. LIPP | * | |
| ROGER W. TITUS | * | |

******

## MEMORANDUM

Plaintiffs have filed an "Emergency Motion For A Temporary Restraining Order." The motion will be denied. In their motion plaintiffs seek to prevent United States Bankruptcy Judge Lipp and United States District Judge Titus from presiding over further proceedings in any case involving plaintiffs. The basis for the motion is that Judges Lipp and Titus should be disqualified from presiding over proceedings in other cases involving plaintiffs because plaintiffs have sued Judges Lipp and Titus in this action.

Self-evidently, litigants who are displeased with rulings made by judicial officers in one proceeding cannot obtain the disqualification by filing an independent civil action against them. If ultimately plaintiff's claims are found to have merit, they can then be afforded appropriate relief.

Date: 9/20/11

J. Frederick Motz
United States District Judge

1