IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STEPHEN C. SIEBER, ET AL.     *
    *
        v.     *    Civil No. JFM-11-2656
    *
    *
WENDELIN I. LIPP     *
ROGER W. TITUS     *
           *****

MEMORANDUM

Plaintiffs have filed this action seeking an injunction enjoining United States District Judge Roger W. Titus and United States Bankruptcy Judge Wendelin I. Lipp from presiding over any proceedings that involve plaintiffs. This court has previously denied a motion for preliminary injunction filed by plaintiffs.

It is apparent from the complaint that plaintiffs have utterly failed to state any claim upon which relief can be granted. I note in that regard that on October 4, 2011, the United States Court of Appeals for the Fourth Circuit issued a *per curiam* opinion in which it affirmed Judge Titus' order accepting the bankruptcy court's findings of fact and conclusions of law and entering judgment in favor of the bankruptcy trustee. Because this action is obviously frivolous, it will be dismissed *sua sponte*.

Date: October 7, 2011                      /s/
                                                       J. Frederick Motz
                                                       United States District Judge